UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

BERNARD MURFF, JR.,                     **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**Felon in Possession of a Firearm**

On or about July 23, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**BERNARD MURFF, JR.,**

knowing that he had previously been convicted of one or more offenses punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that was in and affecting commerce, that is, a Taurus PT1911, .45 caliber semi-automatic pistol.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

A TRUE BILL

__[ /s/ Redacted ]_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_/s/_____
DANIEL Y. MEKARU
Assistant United States Attorney